## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO. 5:05Cr259-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| ) | |
| ) | |
| CHARLENE NICKOLSON GREENE ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion to continue the sentencing hearing scheduled for 16 January 2007 in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing is hereby continued from the 16 January 2007 sentencing term in the Statesville Division to the next available sentencing term.

Signed: January 10, 2007

Richard L. Voorhees
United States District Judge